# Court of Appeals
# of the State of Georgia

ATLANTA, __May 06, 2013__

*The Court of Appeals hereby passes the following order:*

**A13D0309. KELLY D. WEBSTER v. JOHN J. WEBSTER.**

John Webster filed a petition against his ex-wife, Kelly Webster, to modify the custody, visitation, and child support provisions of the parties' 2003 divorce decree. The trial court issued an order in which it reduced child support. Kelly Webster filed this application for discretionary appeal of the trial court's order.

The issues in this case arise out of the child support provisions of a divorce decree. Although the Court of Appeals may review cases relating solely to child custody, the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6). In Georgia, child support is a form of alimony. Jurisdiction over actions to modify a divorce decree's child support provisions, therefore, lies in the Supreme Court. See *Spurlock v. Dept. of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010). Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*__05/06/2013__
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*